UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROYAL BRADFORD KEIFE, On Behalf of
Himself and All Other Similarly Situated,

        Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY,

        Defendant.

CASE NO. 3:10-cv-00546-LRH-VPC

ORDER

FILED    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 8 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

                       DEPUTY

## AGREED ORDER

By agreement of the parties, the Court enters the following Order:

IT IS ORDERED THAT:

1.    The Second Amended Class Action Complaint and Jury Demand is hereby filed with the Court.

2.    The Second, Third and Fourth Causes of Action in the Second Amended Class Action Complaint are hereby dismissed without prejudice.

3.    The Defendant shall have 35 days hereafter to file its Motion to Dismiss the Second Amended Class Action Complaint. Defendant's memorandum in support of its motion shall be limited to 30 pages.

4.    The Plaintiff shall have 35 days after Defendant's Motion to Dismiss is filed to file his Response. Plaintiff's Response shall be limited to 30 pages.

5.    The Defendant's Reply will be due 35 days after Plaintiff's Response is filed and will be limited to 20 pages.

Dated this _18_ day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

1518400.doc

1  HAVE SEEN AND AGREED:

2

3

      _____/s/ Ron Parry _with permission_____
4  Ron Parry
   Attorney for the Plaintiff
5

6

7       _____/s/ Phillip E. Stano_____
   Phillip E. Stano
8  Attorney for the Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  1518400.doc                                   2

## CERTIFICATE OF SERVICE

I certify that I am an employee of Jones Vargas, and that on this date, pursuant to FRCP 5 (b), I am serving a true copy of the attached AGREED ORDER on the parties set forth below by:

_____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____ Certified Mail, Return Receipt Requested

_____ Via Facsimile (Fax)

_____ Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____ Federal Express (or other overnight delivery)

__X__ E-service effected by CM/ECF

addressed as follows:

MATTHEW L. SHARP, ESQ.
MATTHEW L. SHARP LTD.
419 Flint Street
Reno, Nevada 89501
matt@mattsharplaw.com

CURTIS B. COULTER, ESQ.
403 Hill Street
Reno, Nevada 89501
ccoulter@coulterlaw.net

RON R. PARRY, ESQ.
PARRY, DEERING, FUTSCHER & SPARKS, P.S.C.
411 Garrard Street
Covington, KY 41011-2618
rparry@pdfslaw.com

DATED this 11th day of October, 2010.

_____ /s/ Debbie Sorensen _____
An Employee of Jones Vargas