UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROYAL BRADFORD KEIFE,<br><br>   Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>   Defendant. | 3:10-cv-0546-LRH-VPC<br><br><u>ORDER</u> |

  Before the court are plaintiff Royal Bradford Keife's ("Keife") motion for leave to file a second amended complaint (Doc. #12[1]); motion for class certification (Doc. #17); and motion for oral argument on the motion for class certification (Doc. #26).

  The court has reviewed the document and pleadings on file in this matter and makes the following findings. First, Keife's motion for leave is moot in light of the parties' stipulation that the second amended complaint be filed with the court. *See* Doc. #24. Second, Keife's motion for class certification is moot in light of Keife's recently filed renewed motion for class certification (Doc. #55) which was filed in response to the court's order on defendant's motion to dismiss (Doc. #52). The renewed motion for class certification supersedes the initial motion for class certification in its entirety. Finally, the court finds that Keife's motion for oral argument is likewise

---

[1] Refers to the court's docket number.

1 moot because the underlying motion for class certification is no longer operative. Accordingly, the
2 court shall deny the aforementioned motions.
3
4     IT IS THEREFORE ORDERED that plaintiff's motion for leave to file a second amended
5 complaint (Doc. #12); motion for class certification (Doc. #17); and motion for oral argument on
6 the motion for class certification (Doc. #26) are DENIED as moot.
7     IT IS SO ORDERED.
8     DATED this 22nd day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE