UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROYAL BRADFORD KEIFE,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendant. | 3:10-cv-0546-LRH-VPC<br><br>ORDER |

Before the court is plaintiff Royal Bradford Keife's ("Keife") motion for leave to file a third amended complaint. Doc. #78. A copy of the proposed amended complaint is provided in accordance with LR 15-1. Doc. #78, Exhibit 1. Defendant Metropolitan Life Insurance Company ("MetLife") does not oppose the filing of the third amended complaint. Accordingly, the court shall grant Keife's motion for leave to file a third amended complaint.

Additionally, the court has reviewed the remaining pending motions in this action and finds that these motions are predicated on Keife's second amended complaint. In light of Keife's motion to amend, the court shall deny the remaining pending motions without prejudice.

///

///

///

///

1      IT IS THEREFORE ORDERED that plaintiff's motion for leave to file a third amended
2 complaint (Doc. #78) is GRANTED. Plaintiff Royal Bradford Keife shall have ten (10) days from
3 entry of this order to file the third amended complaint attached to his motion (Doc. #78, Exhibit 1).
4      IT IS FURTHER ORDERED that plaintiff's motion to certify class (Doc. #55) and motion
5 for partial summary judgment (Doc. #58) are DENIED without prejudice.
6      IT IS SO ORDERED.
7      DATED this 27th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2